IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SPIRE MISSOURI INC.; ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED; AND ENERGY INSURANCE MUTUAL LIMITED, | CASE NO. 4:18-cv-00248-FJG |
| | JUDGE FERNANDO J. GAITAN, JR. |
| Plaintiffs, | |
| vs. | |
| | JURY TRIAL DEMAND |
| USIC LOCATING SERVICES, LLC, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

Plaintiffs, by and through their attorneys, hereby certify that on May 15, 2019, a true and accurate copy of *Plaintiffs' Rebuttal Expert Disclosures*, was served electronically, in pdf form, and attachments were served via a transit site, on the following:

Traci L. Martinez
Squire Patton Boggs (US) LLP
traci.martinez@squirepb.com

David B. Helms
Benjamin D. Mooneyham
German May PC
davidh@germanmay.com
benm@germanmay.com

ATTORNEYS FOR DEFENDANT USIC LOCATING SERVICES, LLC

1

Respectfully submitted,

**SCHLEE & McCARTHY, P.C.**

By:    /s/ *Daniel R. Young*
    David R. Schlee (MO 29120)
    Vincent R. McCarthy (MO 34757)
    Louis A. Huber, III (MO 28447)
    Daniel R. Young (MO 34742)
    Michael P. Schaefer (MO 59308)
    4050 Pennsylvania, Suite 300 (zip 64111)
    P.O. Box 32430
    Kansas City, MO 64171-5430
    Telephone: 816-931-3500
    Facsimile: 816-931-3553
    drschlee@schleelaw.com
    vmccarthy@schleelaw.com
    lhuber@schleelaw.com
    dyoung@schleelaw.com
    mschaefer@schleelaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019, I electronically filed the foregoing using Missouri CM/ECF e-filing system, which will send a notice of electronic filing to counsel of record.

| | |
|---|---|
| Traci L. Martinez | David B. Helms |
| Squire Patton Boggs (US) LLP | Benjamin D. Mooneyham |
| 2000 Huntington Center | German May PC |
| 41 South High Street | 8000 Maryland, Suite 1060 |
| Columbus, OH 43215 | St. Louis, MO 63105 |
| traci.martinez@squirepb.com | davidh@germanmay.com |
| | benm@germanmay.com |

ATTORNEYS FOR DEFENDANT USIC LOCATING SERVICES, LLC

    /s/ *Daniel R. Young*
Attorneys for Plaintiffs

2